EDWARD H. DURRELL v. MAYOR, &c., OF THE CITY OF
WOODBURY.

Submitted December 12, 1907—Decided March 2, 1908.

On error to the Supreme Court.

For the plaintiff in error, *Lewis Starr.*

For the defendant in error, *Austin H. Swackhamer.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons stated by Justice Trenchard in the opinion filed in the court below, reported in 45 *Vroom* 206.

*For affirmance*—THE CHIEF JUSTICE, GARRISON, SWAYZE, REED, PARKER, BERGEN, BOGERT, VROOM, GREEN, GRAY, DILL, J.J.    11.

*For reversal*—None.